**Tammy Hussin (155290)**
**WEISBERG & MEYERS, LLC**
**6455 Pyrus Pl.**
**Carlsbad, CA 92011**
**760 676 4001 ext 215**
**866 565 1327 facsimile**
**thussin@AttorneysForConsumers.com**
**Attorney for Plaintiff**

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **Oliver Ross** | ) Case No. 3:08-cv-03482-MHP |
| Plaintiff, | ) **ORDER FOR ENTRY OF JUDGMENT** |
| vs. | ) |
| **GC Services Limited Partnership** | ) |
| Defendant. | ) |

IT IS SO ORDERED, that judgment is entered in favor of Plaintiff and against Defendant in the sum of $2,250.

Dated this 14th day of November, 2008

Honorable Judge Marilyn H. Patel

IT IS SO ORDERED

Order for Entry of Judgment - 1