**Tammy Hussin (155290)**
**WEISBERG & MEYERS, LLC**
**6455 Pyrus Pl.**
**Carlsbad, CA 92011**
**760 676 4001 ext 215**
**866 565 1327 facsimile**
**thussin@AttorneysForConsumers.com**
**Attorney for Plaintiff**

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **Oliver Ross** ) | Case No. 3:08-cv-03482-MHP |
| ) | |
| Plaintiff, ) | **NOTICE OF SATISFACTION OF** |
| ) | **JUDGMENT** |
| vs. ) | |
| ) | |
| **GC Services Limited Partnership** ) | |
| ) | |
| Defendant. ) | |
| ) | |

**Notice** is hereby given judgment in this matter has been satisfied.

Respectfully submitted this 30th day of January, 2009,

By: s/Tammy Hussin_____
Tammy Hussin (155290)
WEISBERG & MEYERS, LLC
Attorney for Plaintiff

Satisfaction of Judgment - 1

Filed electronically on this 30th day of January, 2009, with:

United States District Court CM/ECF system

Copy electronically sent on this 30th day of January, 2009, to:

Casey A. Hatton
chatton@hinshawlaw.com
HINSHAW & CULBERTSON LLP
222 North LaSalle Street
Suite 300
Chicago IL 60601-1081

s/Tremain Davis
Tremain Davis